UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GARY W. BATCHELOR, )
)
Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:11-CV-533-FL
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which to which plaintiff timely filed objections.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 29, 2013, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. The matter is remanded to the Commissioner for proceedings consistent with the court's order.

**This Judgment Filed and Entered on April 29, 2013, and Copies To:**

Frederick W. Fleming (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)


April 29, 2013                                              JULIE A. RICHARDS, CLERK
                                                              /s/ Christa N. Baker
                                                            (By) Christa N. Baker, Deputy Clerk