IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-00533-FL

| | | |
|---|---|---|
| GARY W. BATCHELOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is ORDERED that Defendant pay the sum of $3,200.00 in attorney fees under the Equal

Access to Justice Act (EAJA), 28 U.S.C. § 2412. Such payments should be sent to:

Rick W. Fleming
Law Offices of James Scott Farrin, P.C.
280 South Mangum Street
Suit 400
Durham, NC 27701

Provided that the award to Plaintiff is not subject to the Treasury Offset Program,

payment will be made by check payable to Plaintiff's counsel, Rick W. Fleming, and mailed to

his office address above in accordance with Plaintiff's assignment to his attorney of his right to

payment of attorney fees under EAJA.

Upon the payment of such sum, this case is dismissed with prejudice.

This _16th_ day of _August_ , 2013.

_____
Louise W. Flanagan
United States District Court Judge